UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS ALEXANDER HERRERA AMADOR,<br>Petitioner,<br>v.<br>WARDEN OF DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-02155 DOC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Return, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated July 13, 2026, [Dkt. No. 20]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 20], is accepted;
2. The Petition is granted;

3. Respondents must immediately release Petitioner Denis Alexander Hererra Amador (A# 220-720-084);

4. Respondents are enjoined from re-detaining Petitioner, prior to entry of a final order of removal, unless they demonstrate during a pre-deprivation hearing before a neutral decisionmaker that there has been a material change in circumstances justifying Petitioner's re-detention; and

5. Judgment is to be entered accordingly.

DATED: July 29, 2026

David O. Carter

THE HONORABLE DAVID O. CARTER
United States District Judge