JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS ALEXANDER HERRERA AMADOR,<br>Petitioner,<br>v.<br>WARDEN OF DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-02155 DOC (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Denis Alexander Hererra Amador (A# 220-720-084).

///

///

///

///

Respondents are further ENJOINED from re-detaining Petitioner, prior to entry of a final order of removal, unless they demonstrate during a pre-deprivation hearing before a neutral decisionmaker that there has been a material change in circumstances justifying Petitioner's re-detention.

DATED: July 29, 2026

David O. Carter

THE HONORABLE DAVID O. CARTER
United States District Judge